Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**Heather Marie Ewell**<br>SSN: XXX-XX-9782<br><br>Debtor(s). | Bankruptcy No. 09-28122 JTM |

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on July 14, 2011, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1008 in the amount of $23.13 was sent to Verizon Wireless. The check has not been deposited and over 60 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on October 13, 2011.

DATED October 13, 2011

_____
Elizabeth Rose Loveridge
Chapter 7 Trustee

T:\EwellUnclaimedFunds.10.11.2011

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Heather Marie Ewell
>4462 South 1300 West
>Taylorsville, UT 84123
>
>Robert S. Payne
>Lincoln Law
>921 West Center
>Orem, UT 84057

*/s/ Renee Christensen*

T:\EwellUnclaimedFunds.10.11.2011

2